**Michael WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39914.**

Missouri Court of Appeals,
Western District.

May 10, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).